JONATHAN B. GOLDSMITH, ESQ.
Nevada Bar No.: 11805
GOLDSMITH & ASSOCIATES
3430 E. Flamingo Rd., Suite 100
Las Vegas, NV 89121
Telephone:     (702) 818-4739
Facsimile:      (702) 818-4217
Jonathan@VegasLawSite.com
Attorney for Debtor/Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Bankruptcy No. 11-14878-BAM |
| | ) |
| JILL WHITTLE | ) |
| | ) Adversary No. 11-01208-BAM |
| Debtor. | ) |
| | ) |
| JILL WHITTLE, an Individual | ) Date and Time of Hearing: |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| GMAC MORTAGE, LLC, a Foreign Corporation; | ) |
| GRIFFIN GROUP, LLC, a Nevada Corporation; | ) |
| APPLE BLOSSOM ARBITRAGE, LLC, a Foreign Corporation; DOES and ROES 1-10 | ) |
| | ) |
| Defendants | ) |

**CERTIFICATE OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3430 E. Flamingo Road #100; Las Vegas, NV 89121.

On August 6, 2011, I served the document by service as shown:

X      **ECF System:**

NOTICE OF ELECTRONIC FILING ATTACHED AS EXHIBIT "A"

1

1    X    **<u>UNITED STATES MAIL FIRST-CLASS POSTAGE PREPAID:</u>**

2          NOTICE OF ELECTRONIC FILING ATTACHED AS EXHIBIT "A"

<u>/s/ Jonathan B. Goldsmith, Esq.</u>
An Employee of Goldsmith & Associates
