## File a Motion:

11-01208-bam WHITTLE v. APPLE BLOSSOM ARBITRAGE, LLC et al
Type: ap           Office: 2 (Las Vegas)           Judge: bam
Lead Case: 2-11-bk-14878

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JONATHAN B. GOLDSMITH entered on 8/6/2011 at 6:34 PM PDT and filed on 8/6/2011
**Case Name:**    WHITTLE v. APPLE BLOSSOM ARBITRAGE, LLC et al
**Case Number:**  11-01208-bam
**Document Number:** 3

**Docket Text:**
Motion for Preliminary Injunction Filed by JONATHAN B. GOLDSMITH on behalf of JILL ANNE WHITTLE (GOLDSMITH, JONATHAN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** V:\Clients (Bankruptcy)\11-14878_JILL_ANNE_WHITTLE_ecf_nvb\Adversary 2011\Mtn for preliminary injunction.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/6/2011] [FileNumber=20196048-0]
[a444b69bef838f35040fc1767a6d48ce779d500ec36ae2acb19ee26b394eea2a8e20
7b5f6a56231f569b99b523c9482cfc0fb9112431dfcc78c4303caf547bf0]]

**11-01208-bam Notice will be electronically mailed to:**

COLT B. DODRILL on behalf of Defendant GMAC Mortgage, LLC
cbdodrill@wolfewyman.com, kioffe@wolfewyman.com

JONATHAN B. GOLDSMITH on behalf of Plaintiff JILL WHITTLE
goldecf@gmail.com, jonathan@vegaslawsite.com;mary@vegaslawsite.com

CHRISTOPHER R MCCULLOUGH on behalf of Defendant GRIFFIN GROUP
chrislaw@mcpalaw.com

EDGAR C. SMITH on behalf of Defendant APPLE BLOSSOM ARBITRAGE, LLC
ecs@nvrelaw.com

**11-01208-bam Notice will not be electronically mailed to:**